304

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

In re: Judia Herrington

Case No. 12-2-1985
Chapter 13

**INTERIM BUSINESS REPORT FOR THE MONTH OF** November 2014

*(Do not include personal household expenses. Include only business expenses.)*

A. *Starting cash position* (cash + bank balance) ............ 2408.28

B. *Profit or Loss for the Month*
   INCOME:
   1. Gross receipts or sales ............ 3300
   2. Cost of goods or services:
      (a) Purchases ............ —
      (b) Cost of labor ............ —
          (Do not include employee wages)
      (c) Materials and supplies ............ 250
   3. Gross profit (subtract line 2 from 1) ............ 3050
   4. Other income (specify) ............
   5. Gross income (add lines 3 and 4) ............ 3050
   EXPENSES:
   6. Property rent ............ —
   7. Employee wages (excluding debtor) ............ —
   8. Debtor's compensation ............ —
   9. Employee benefits ............ —
   10. Equipment lease payments ............ —
   11. Secured debt payments ............ 605
   12. Supplies (not included in 2(c)) ............ 100
   13. Utilities ............ 500
   14. Repairs and maintenance ............ 500
   15. Advertising ............ 25
   16. Professional fees (specify)
   17. Insurance:
       (a) Liability
       (b) Property
       (c) Vehicle
       (d) Worker's compensation
   18. Taxes:
       (a) Payroll ............ —
       (b) Sales ............ —
       (c) Other (specify) est ............ 400
   19. Other expenses (specify) ............ 600
   20. Total expenses (add lines 6 through 19) ............ 2730
   TOTAL PROFIT OR LOSS (subtract line 20 from line 5) ............ 320

C. *Ending cash position* (A ± B = C) ............ 1723.01

FILED
DEC 22 2014
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

I/We declare under penalty of perjury that the foregoing information is true and correct.

Date: 12/19/14    Debtor(s): /s/ Judia [signature]



SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
63/B06/0175/0 /72
█████5067
12/11/2014

## Account Statement

**SunTrust**

| Withdrawals/Debits | Date Paid | Amount | Description | | |
|---|---|---|---|---|---|
| | 11/19 | 344.00 | ELECTRONIC/ACH DEBIT WASH SUBUR SANI | ONLINE PMT | CKF753253041NEG |
| | 11/19 | 37.75 | CHECK CARD PURCHASE AVP*AVON PRODUCTS YAN | TR DATE 11/17 513-551-2866 DE | |
| | 11/20 | 76.95 | POINT OF SALE DEBIT BJ WHOLES 1781 | TR DATE 11/20 Capital HeighMD | BJ020707 |
| | 11/24 | 225.00 | ELECTRONIC/ACH DEBIT VERIZON | PaymentONE | 000772780134 |
| | 11/24 | 74.95 | CHECK CARD PURCHASE CHEGG *EDUCATION SVC | TR DATE 11/21 WWW.CHEGG.COMCA | |
| | 11/24 | 23.06 | POINT OF SALE DEBIT SAVE A LOT #527 | TR DATE 11/24 TEMPLE HILLS MD | 27864801 |
| | 11/24 | 30.27 | POINT OF SALE DEBIT BJ'S FUEL 1781 | TR DATE 11/22 Capital HeighMD | BJ920706 |
| | 11/25 | 41.14 | POINT OF SALE DEBIT SAMSCLUB #6655 | TR DATE 11/25 WALDORF MD | 24665501 |
| | 11/28 | 41.41 | CHECK CARD PURCHASE SNACK SHACK | TR DATE 11/24 CAPITOL HGTS MD | |
| | 12/01 | 1,851.77 | ELECTRONIC/ACH DEBIT WF HOME MTG | AUTO PAY | 0199360833 |
| | 12/01 | 27.43 | POINT OF SALE DEBIT BJ'S FUEL 1781 | TR DATE 11/30 Capital HeighMD | BJ920711 |
| | 12/01 | 44.64 | POINT OF SALE DEBIT SAVE-A-LOT #533 | TR DATE 12/01 FORESTVILLE MD | 02047401 |
| | 12/03 | 77.64 | ELECTRONIC/ACH DEBIT AXA EQUITABLE | INS. | 088080502JH |
| | 12/03 | 50.00 | CHECK CARD PURCHASE AVP*AVON PRODUCTS IN | TR DATE 12/01 513-551-2866 DE | |
| | 12/03 | 9.99 | RECURRING CHECK CARD PURCHASE AOL* SERVICE | TR DATE 12/02 800-827-6364 NY | |
| | 12/08 | 150.00 | ELECTRONIC/ACH DEBIT Pepco | UTILITYPMT | 3705586018 |
| | 12/08 | 62.04 | CHECK CARD PURCHASE SNACK SHACK | TR DATE 12/03 CAPITOL HGTS MD | |
| | 12/08 | 28.82 | POINT OF SALE DEBIT BJ'S FUEL 1781 | TR DATE 12/06 Capital HeighMD | BJ920709 |
| | 12/08 | 74.05 | POINT OF SALE DEBIT USPS 231420079 | TR DATE 12/08 CAPITOL HEIGHMD | 26922897 |
| | 12/09 | 220.00 | ELECTRONIC/ACH DEBIT VERIZON | PaymentONE | 000772780134 |

Withdrawals/Debits: 26

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 11/14 | 2,494.69 | 2,494.69 | 11/28 | 3,857.65 | 3,857.65 |
| | 11/17 | 2,395.00 | 2,395.00 | 12/01 | 1,445.73 | 1,078.73 |
| | 11/18 | 2,320.23 | 2,320.23 | 12/02 | 1,445.73 | 1,445.73 |
| | 11/19 | 1,663.48 | 1,663.48 | 12/03 | 1,807.90 | 1,807.90 |
| | 11/20 | 1,586.53 | 1,586.53 | 12/08 | 1,442.99 | 1,442.99 |
| | 11/24 | 1,758.20 | 1,758.20 | 12/09 | 1,222.99 | 1,222.99 |
| | 11/25 | 1,717.06 | 1,717.06 | 12/11 | 1,723.01 | 1,723.01 |
| | 11/26 | 3,199.06 | 3,199.06 | | | |

Member FDIC

144154

Case 12-21985   Doc 77   Filed 12/22/14   Page 3 of 3



```
SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183
```

**SunTrust**

Page 1 of 2
63/B06/0175/0 /72
████████5067
12/11/2014

# Account Statement

```
JUDIA FAY HERRINGTON
4721 QUADRANT ST
CAPITOL HEIGHTS MD 20743-5267
```

Questions? Please call
1-800-786-8787

PLEASE SEE THE ENCLOSED PRIVACY NOTICE THAT DETAILS SUNTRUST'S COMMITMENT TO SAFEGUARDING YOUR PERSONAL INFORMATION.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| INTEREST CHECKING | ████████5067 | 11/14/2014 - 12/11/2014 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $2,408.28 | Average Balance | $2,092.79 |
| Deposits/Credits | $4,049.59 | Average Collected Balance | $2,079.68 |
| Checks | $795.00 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $3,939.86 | Annual Percentage Yield Earned | .01% |
| Ending Balance | $1,723.01 | Interest Paid Year to Date | $.18 |

## Deposits/Credits

| Date | Amount | Description |
|---|---|---|
| 11/14 | 125.50 | ELECTRONIC/ACH CREDIT LOCAL 108 RETIRE   PLAN PMT   25461200   TR DATE 11/22 |
| 11/24 | 74.95 | CHECK CARD CREDIT CHEGG *EDUCATION SVC   WWW.CHEGG.COMCA |
| 11/24 | 500.00 | DEPOSIT |
| 11/26 | 1,482.00 | ELECTRONIC/ACH CREDIT SSA TREAS 310   XXSOC SEC   *****5593A SSA |
| 11/28 | 500.00 | DEPOSIT |
| 12/01 | 367.12 | DEPOSIT |
| 12/03 | 500.00 | DEPOSIT |
| 12/11 | .02 | INTEREST PAID THIS STATEMENT THRU 12/11 |
| 12/11 | 500.00 | DEPOSIT |

Deposits/Credits: 9   Total Items Deposited: 4

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 257 | 40.00 | 11/17 | 259 | 605.00 | 12/01 | 261 | 50.00 | 12/08 |
| 258 | 50.00 | 11/24 | 260 | 50.00 | 12/01 | | | |

Checks: 5

## Withdrawals/Debits

| Date Paid | Amount | Description |
|---|---|---|
| 11/14 | 39.09 | POINT OF SALE DEBIT   TR DATE 11/14 BJ'S FUEL 1781   Capital HeighMD   BJ920704 |
| 11/17 | 39.69 | CHECK CARD PURCHASE   TR DATE 11/13 SNACK SHACK   CAPITOL HGTS MD |
| 11/17 | 20.00 | RECURRING CHECK CARD PURCHASE   TR DATE 11/13 THE GOLD REFINERY, LLC   8103435313  MI |
| 11/18 | 46.51 | CHECK CARD PURCHASE   TR DATE 11/14 IHOP CAPITOL HEIGHTS   CAPITOL HEIGHMD |
| 11/18 | 26.26 | POINT OF SALE DEBIT   TR DATE 11/18 ALDI 71025 06246010025   DISTRICT HEI MD   90140205 |
| 11/19 | 275.00 | ELECTRONIC/ACH DEBIT VZ WIRELESS VE   VZW WEBPAY 3501045 |

144153   Member FDIC   Continued on next page